UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| In re:<br>   TANISHA S. BOLT,<br>      *Debtor* | Case No.: 10-33290 (AMN)<br>Chapter 7 |
| TANISHA S. BOLT,<br>      *Plaintiff*<br>v.<br><br>NAVIENT SOLUTIONS, LLC,<br>NAVIENT CREDIT FINANCE<br>CORPORATION,<br>      *Defendants* | Adv. Pro. No. 20-3040 (AMN)<br><br><br><br><br><br>Re: AP-ECF No. 67 |

## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

Before the court is a motion filed by the defendants, Navient Solutions, LLC and Navient Credit Finance Corporation (jointly, "Navient" or "Defendant") seeking summary judgment as to the complaint filed by the plaintiff-debtor, Tanisha S. Bolt ("Debtor") (the "Motion"). AP-ECF No. 67.[1] The Debtor commenced this action against Navient claiming it violated her Chapter 7 discharge by engaging in collection activities post-discharge on a dischargeable student loan. AP-ECF No. 1; ECF No. 12. Navient moved for summary judgment asserting the Debtor is unable to prevail on her discharge injunction violation claim because Navient did not engage in post-discharge collection activity. The Debtor opposed the Motion asserting there were disputed material facts requiring a trial. AP-ECF No. 75. Oral argument was held on May 10, 2022, memorialized in the audio file found at AP-ECF No. 109.

---

[1] Citations to the docket of this adversary proceeding, Case No. 20-3040, are noted by "AP-ECF No." Citations to the docket in Case No. 10-33290 are noted by "ECF No."

1

For the reasons announced in an audio file entered on the docket on June 2, 2022, at AP-ECF No. 114, and based upon the authority relied upon in Appendix A attached and incorporated into this Order, the court concludes there is no genuine issue of material fact requiring a trial. Navient is therefore entitled to summary judgment on the Debtor's complaint.

A separate judgment will be entered on the docket.

This is a final order subject to traditional rights of appeal, with a fourteen (14) day appeal period. *See,* Fed.R.Bankr.P. 8001, *et seq.*

Accordingly, it is hereby

**ORDERED**: The Motion for Summary Judgment, AP-ECF No. 67, is GRANTED.

Dated this 2nd day of June, 2022, at New Haven, Connecticut.

*Ann M. Nevins*
Chief United States Bankruptcy Judge
District of Connecticut

# Appendix A

## Table of Authorities

**Statutes, Federal Rules of Civil Procedure, Federal Rules of Bankruptcy Procedure, Local Rules of Civil Procedure for the United States District Court for the District of Connecticut:**

11 U.S.C. § 105(a)

11 U.S.C. §§ 524(a), 524(f)

28 U.S.C. § 1334(b)

28 U.S.C. §§ 157(a), 157(b)(1), 157(b)(2)(A)

28 U.S.C. § 1409

Fed.R.Civ.P. 52(a), 56

Fed.R.Bankr.P. 7052, 7056, 9014(c)

D.Conn.L.Civ.R. 56(a)(1)

**As to the standard on summary judgment:**

*Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242 (1986)

*Borley v. U.S.*, 22 F.4th 75 (2d Cir. 2021)

*In re Delaney*, 504 B.R. 738 (Bankr. D. Conn. 2014)

*Mex. Constr. & Paving v. Thompson (In re Thompson)*, 511 B.R. 20 (Bankr. D. Conn. 2014)

*Lucente v. County of Suffolk*, 980 F.3d 284 (2d Cir. 2020)

*Chiaravallo v. Middletown Transit Dist.*, 3:18-CV-1360 (SRU), 2021 WL 4310662 (D. Conn. Sept. 22, 2021)

**As to the standard of review of a violation of § 524:**

*In re Southworth*, 18-11922, 2021 WL 5312398 (Bankr. N.D.N.Y. Nov. 15, 2021)

*Taggart v. Lorenzen*, 139 S. Ct. 1795 (2019)

**As to a debtor's voluntary repayment of debt post-discharge:**

*In re Bruno*, 356 B.R. 89 (Bankr. W.D.N.Y. 2006)

*In re Beschloss*, 15-12139 (MEW), 2018 WL 2138276 (Bankr. S.D.N.Y. May 8, 2018)

*In re Oi Brasil Holdings Cooperatief U.A.*, 578 B.R. 169 (Bankr. S.D.N.Y. 2017)

**As to a creditor's failure to update a credit report:**

*In re Minech*, 632 B.R. 274 (Bankr. W.D. Pa. 2021)

*Mortimer v. JP Morgan Chase Bank, Nat. Ass'n, No.* C 12-1936 CW, 2012 WL 3155563, (N.D. Cal. Aug. 2, 2012)

*MWF Investors v. Green Tree Servicing, LLC (In re Fauser)*, 2015 Bankr. LEXIS 594 (Bankr. S.D. Tex. Feb. 26, 2015)

*In re DiBattista*, 615 B.R. 31 (S.D.N.Y. 2020)

4 *Collier on Bankruptcy* ¶ 524.02 (16th)

# Endnotes:  Citations to the Record[2]

1. AP-ECF No. 1
2. AP-ECF No. 46.
3. ECF No. 1.
4. ECF No. 1, p. 14.
5. ECF No. 12.
6. ECF No. 14.
7. ECF No. 27.
8. AP-ECF No. 46.
9. AP-ECF No. 67.

---

[2] Citations to the docket of this adversary proceeding, Case No. 20-3040, are noted by "AP-ECF No." Citations to the docket in Case No. 10-33290 are noted by "ECF No."

10. AP-ECF No. 66.
11. AP-ECF No. 68, 70.
12. AP-ECF Nos. 67-3, 75-1, ¶ 1.
13. AP-ECF Nos. 12, ¶ 10; 67-3, 75-1, ¶ 2.
14. AP-ECF No. 67-4.
15. AP-ECF No. 75-3, Zemetro Deposition, p. 8, L. 17-25.
16. AP-ECF No. 75-3, Zemetro Deposition, p. 9, L. 11-17.
17. ECF No. 1; AP-ECF Nos. 67-3, 75-1, ¶ 3.
18. AP-ECF No. 75-1, ¶ 5.
19. AP-ECF No. 75-1, ¶ 5.
20. AP-ECF No. 75-1, ¶ 6.
21. AP-ECF No. 75-3, Zemetro Deposition, p. 57, L. 14-25.
22. AP-ECF No. 67-3, ¶ 7.
23. AP-ECF No. 75-1, ¶ 7.
24. AP-ECF No. 67-3, ¶ 8.
25. AP-ECF No. 75-1, ¶ 8.
26. AP-ECF No. 67-3, ¶ 8.
27. AP-ECF No. 75-1, ¶ 8.
28. AP-ECF No. 12, ¶ 16.
29. AP-ECF No. 75-1, ¶ 18; 75-3, Zemetro Deposition, p. 15-19.
30. AP-ECF No. 75-3, Zemetro Deposition, p. 38, L. 4-12; 75-3, p. 111.
31. AP-ECF No. 75-1, ¶ 19; 75-3, p. 108, Zemetro Deposition, p. 27, L. 19-24, p. 28, L. 1-13.
32. AP-ECF No. 75-3, Zemetro Deposition, p. 88, L. 7-10, L. 16-21.
33. AP-ECF No. 67-3, ¶ 9; AP-ECF No. 75-3, Zemetro Deposition, p. 14, L. 16-25, p. 38, L. 21-25, p. 39, L. 1-5; 75-3, p. 111.
34. AP-ECF No. 75-3, Zemetro Deposition, p. 15, L. 1-10, 22-24.
35. AP-ECF No. 75-3, p. 47, L. 12-15.
36. AP-ECF No. 75-1, ¶ 14.
37. AP-ECF No. 67-6, p. 73, L. 14-23.
38. AP-ECF No. 67-6, p. 75, L. 19-24.

5

39. AP-ECF Nos. 67-3, 75-1, ¶ 10.
40. AP-ECF Nos. 67-3, 75-1, ¶ 11.
41. AP-ECF No. 75-3, Zemetro Deposition, p. 22, L. 4-24.
42. AP-ECF No. 75-3, Zemetro Deposition, p. 71, L. 11-20.
43. AP-ECF No. 75-3, p. 73, L. 10-19, AP-ECF No. 75-3, Zemetro Deposition, p. 70, L. 7-19; AP-ECF No. 75-3, Zemetro Deposition, p. 71, L. 6-15.
44. AP-ECF No. 75-3, Zemetro Deposition, p. 76, L. 1-5, p. 77, L. 1-6; p. 234.
45. AP-ECF No. 67-6, p. 76, L. 20-24; p. 80, L. 1-14.